UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAVIER PORTILLO, ET AL. | CIVIL NO. 6:15-cv-01048 |
| VERSUS | JUDGE ROBERT G. JAMES |
| PERMANENT WORKERS, LLC, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's motion for attorneys' fees and costs [Rec. Doc. 45] is **DENIED**.

Signed this 29th day of October, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE